UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JARRED J. FORD, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | **JUDGMENT IN A CIVIL CASE** |
| ) | **CASE NO. 5:23-CV-197-M-RN** |
| NASH COUNTY GENERAL HOSPITAL, ) | |
| INC., MADJIMBAYE CHARELS ) | |
| NAMDE, ALEC LAUREN PERRY, ) | |
| ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that on August 7, 2025 the court dismissed Plaintiff's federal claims under the Emergency Medical Treatment and Active Labor Act.

IT IS FURTHER ORDERED, AND DECREED that the court ADOPTS the recommendation of the magistrate judge as its own. The Plaintiff's state law medical malpractice claims do not have independent diversity jurisdiction. Plaintiff's amended complaint, DE 1, is DISMISSED WITHOUT PREJUDICE.

This Judgment filed and entered on December 11, 2025, and copies to:
Jarred J. Ford                                                         (Sent to Maury Correctional
                                                                       Institution LF23  2568 Moore Rouse
                                                                       Road Hookerton, NC 28538 via US
                                                                       Mail)

December 11, 2025                                  PETER A. MOORE, JR.
                                                   Clerk of Court

                                                   By: /s/ Nicole Sellers
                                                       Deputy Clerk